UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DAVID G. JENKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 2:22-CV-81-DCLC-CRW |
| | ) | |
| BRIAN ELLER, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, David G. Jenkins' federal habeas petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED**.

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT